## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| MedCam, Inc., n/k/a OptiMEMS, Inc., | Court File 06-CV-1509 (PAM/JSM) |
| Plaintiff, | |
| vs. | |
| JDS Uniphase Corporation, | **ORDER FOR DISMISSAL** |
| Defendant. | |

By stipulated motion of the parties filed January 2, 2007 (ECF Document No. 32), the parties agree that the above-entitled matter should be dismissed with prejudice, each party to bear its own costs and disbursements.

Based upon all of the records and proceedings herein, together with the joint motion filed by counsel, the Court makes the following:

### ORDER

1. The joint motion to dismiss is *granted.*

2. The action is dismissed with prejudice, each party to bear its own attorneys' fees, costs, and disbursements.

**BY THE COURT**

Dated: January 4, 2007.      s/Paul A. Magnuson
                             Paul A. Magnuson, Judge
                             United States District Court

1